# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DEAN PEAK, II,
           Appellant,
      vs.
THE STATE OF NEVADA,
           Respondent.

No. 83852

FILED

JAN 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for order to return seized property." Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for an order to return seized property, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

22-00028

cc: Hon. Cristina D. Silva, District Judge
Ronald Dean Peak, II
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk